MATTHEW L. LARRABEE (No. 97147)
matthew.larrabee@dechert.com
DECHERT LLP
One Maritime Plaza
Suite 2300
San Francisco, California 94111-3513
Telephone: 415.262.4500
Facsimile: 415.262.4555

Attorneys for Defendants
OPPENHEIMER CALIFORNIA MUNICIPAL FUND; OPPENHEIMERFUNDS, INC.; OPPENHEIMERFUNDS DISTRIBUTOR, INC.; JOHN V. MURPHY; BRIAN W. WIXTED; RONALD H. FIELDING; DANIEL G. LOUGHRAN; SCOTT S. COTTIER; and TROY E. WILLIS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANK TACKMANN, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>OPPENHEIMERFUNDS, INC., OPPENHEIMER CALIFORNIA MUNICIPAL FUND, CLAYTON K. YEUTTER, BRIAN F. WRUBLE, JOHN V. MURPHY, BRIAN W. WIXTED, DAVID K. DOWNES, MATTHEW P. FINK, ROBERT G. GALLI, PHILLIP A. GRIFFITHS, MARY F. MILLER, JOEL W. MOTLEY, EDWARD V. REGAN, KENNETH A. RANDALL, RUSSELL S. REYNOLDS, JR., JOSEPH M. WIKLER, PETER I. WOLD, SCOTT S. COTTIER, RONALD H. FIELDING, DANIEL G. LOUGHRAN, TROY E. WILLIS, and OPPENHEIMERFUNDS DISTRIBUTOR, INC.,<br><br>Defendants. | Case No. 09-cv-01184 SI<br><br>Action filed March 18, 2009<br><br>STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME AND RESCHEDULING OF INITIAL CASE MANAGEMENT CONFERENCE<br>(N.D. Cal. Civ. L.R. 6-2, 6-3, and 7-12)<br><br>Dep't: Courtroom 10, 19th Floor<br>Judge: Hon. Susan Illston |

DECHERT LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1  WHEREAS, plaintiff, through his counsel, filed a purported class action complaint
2  (the "Complaint"), against among others, Oppenheimer California Municipal Fund,
3  OppenheimerFunds, Inc., OppenheimerFunds Distributor, Inc., John V. Murphy, Brian W.
4  Wixted, Ronald H. Fielding, Daniel G. Loughran, Scott S. Cottier, and Troy E. Willis
5  (collectively, "Defendants") in the above-referenced matter on or about March 18, 2009;

6  WHEREAS, pursuant to the Order Setting Initial Case Management Conference
7  And ADR Deadlines, the Initial Case Management Conference is scheduled for June 23,
8  2009, and, therefore, pursuant to Federal Rule of Civil Procedure 26(f), Civil Local Rule
9  16-8 and ADR Local Rule 3-5, the deadline for the parties to meet and confer, file ADR
10 certification and file either stipulation to ADR process or notice of need for ADR phone
11 conference is June 2, 2009, and the deadline to file a report under Rule 26(f) is June 16,
12 2009 (collectively "Case Management Deadlines");

13 WHEREAS, to date, similar purported class action complaints have been filed in
14 the Northern District of California against the Defendants, namely: *Rivera v.*
15 *Oppenheimer California Municipal Fund*, No. 09-cv-00567 SI (filed February 6, 2009),
16 *Lowe v. Oppenheimer California Municipal Fund*, No. 09-cv-1243 SI (filed March 23,
17 2009), and *Milhem v. Oppenheimer California Municipal Fund*, No. 09-cv-1414 VRW
18 (filed March 31, 2009);

19 WHEREAS, the plaintiffs and their respective counsel have yet to file any motions
20 for Appointment of Lead Plaintiff and Lead Counsel pursuant to the Private Securities
21 Litigation Reform Act ("PSLRA"), including Section 27 of the Securities Act of 1933, 15
22 U.S.C. § 77z-1;

23 WHEREAS, the Complaint asserts claims under the federal securities laws that are
24 subject to the PSLRA and Defendants presently intend to file motions to dismiss which
25 would trigger a stay of discovery under the PSLRA;

26 WHEREAS, in order to avoid the unnecessary expenditure of judicial resources or
27 effort by the parties to this action and the Court prior to the filing of motion(s) for

28

appointment as Lead Plaintiff and the possible consolidation of this Complaint with other proceedings pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the parties to this action have agreed, subject to the Court's approval, to a continuance of the Case Management Deadlines and an extension of time for Defendants to respond to the Complaint or any superseding Complaint; and

WHEREAS, this Stipulation and Order is without prejudice to, or waiver of, any rights, arguments or defenses otherwise available to the parties to this action, including, but not limited to, any challenge to the assertion of personal jurisdiction over one or more of the Defendants.

NOW, THEREFORE, the undersigned parties, by and through their counsel of record, stipulate as follows:

1. Defendants shall have no obligation to respond to the individual Complaint filed in the above-captioned action;

2. Lead Plaintiff shall have forty five (45) days after entry of the order appointing Lead Plaintiff ("Lead Plaintiff Designation Order") to file a consolidated amended complaint ("Consolidated Amended Complaint");

3. The Initial Case Management Conference shall be continued to sixty (60) days after entry of the Lead Plaintiff Designation Order, or to such time as the Court may so order;

4. Defendants shall file and serve answer(s) or motion(s) to dismiss the Consolidated Amended Complaint within forty five (45) days after service of the Consolidated Amended Complaint;

5. Lead Plaintiffs shall have forty five (45) days after service of the answer(s) or motion(s) to dismiss to file and serve any opposition or objection(s) to said answer(s) or motion(s) to dismiss;

6. Defendants shall file and serve replies in further support of their motion to dismiss no later than thirty (30) days after service of any opposition by Lead

Plaintiff; and

7. Defendants agree to waive service of process. This stipulation shall not be deemed to waive any defense other than as to sufficiency of service of process.

Dated: April 9, 2009

COUGHLIN STOIA GELLER RUDMAN
& ROBBINS, LLP
SHAWN A. WILLIAMS

By: _____
SHAWN A. WILLIAMS
100 Pine Street, 26th Floors
San Francisco, California 94111
Telephone: 415.288.4545
Facsimile: 415.288.4534
shawnw@csgrr.com

COUGHLIN STOIA GELLER
RUDMAN & ROBBINS, LLP
DARREN J. ROBBINS
DAVID C. WALTON
CATHERINE J. KOWALEWSKI
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
Telephone: 619.231.1058
Facimile: 619.231.7423

DYER & BERENS LLP
JEFFERY A. BERENS
682 Grant Street
Denver, CO 80203-3507
Telephone: 303.861.1764
Facsimile: 303.353.0393

HOLZER, HOLZER & FISTEL, LLP
COREY D. HOLZER
200 Ashford Center North, Suite 300
Atlanta, GA 30338
Telephone: 770.392.0090
Facsimile: 770.392.0029

Counsel for Named Plaintiff
FRANK TACKMANN

Respectfully submitted,

DECHERT LLP
MATTHEW L. LARRABEE

By: _____/S/_____
MATTHEW L. LARRABEE
One Maritime Plaza, Suite 2300
San Francisco, California 94111-3513
Telephone: 415.262.4500
Facsimile: 415.262.4555
matthew.larrabee@dechert.com

Counsel for Defendants
OPPENHEIMER CALIFORNIA
MUNICIPAL FUND;
OPPENHEIMERFUNDS, INC.;
OPPENHEIMERFUNDS
DISTRIBUTOR, INC.; JOHN V.
MURPHY; BRIAN W. WIXTED;
RONALD H. FIELDING; DANIEL G.
LOUGHRAN; SCOTT S. COTTIER;
and TROY E. WILLIS

The case management conference has been continued to 9/25/09 @ 2:30 p.m. A joint case management conference statement is due one we prior to the conference.

PURSUANT TO STIPULATION, IT IS SO ORDERED:

DATED: _____  _____
                                   HONORABLE SUSAN ILLSTON